IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02626-KLM

RAYMOND ROMERO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, #[24] filed on March 29, 2016, by the Honorable Kristen L. Mix, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the decision of the Commissioner that Plaintiff is not disabled is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, and against Plaintiff, Raymond Romero.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this 29th day of March, 2016.

                                FOR THE COURT:

                                Jeffrey Colwell, Clerk of Court

By s/ L. Galera
   L. Galera
   Courtroom Deputy